IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 10-cv-01414-LTB- BNB | Date: January 4, 2011 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

JORDAN CAPPETTA, and                                    Evan Banker
ERIC CAPPETTA,
           Plaintiff(s),

v.

VAIL SUMMIT RESORTS, INC.,                           Marc Bonora

           Defendant(s).

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:   10:34 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:   Plaintiffs' status report and motion for costs pursuant to F.R.C.P. 16(f)(2) [ Doc. # 19; filed 12/22/10] is denied for reasons stated on the record.**

Court in Recess:   10:59 a.m.   Hearing concluded.   Total time in Court: 00:25

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.