IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01414-LTB-BNB

JORDAN CAPPETTA, and
ERIC CAPPETTA,

Plaintiffs,

v.

VAIL SUMMIT RESORTS, INC., d/b/a KEYSTONE SKI RESORT, and
JOHN DOES 1 AND 2,

Defendants.

_____

## ORDER
_____

This matter arises on **Plaintiffs' Status Report and Motion for Costs Pursuant to F.R.C.P. 16(f)(2)** [Doc. # 19, filed 12/22/2010] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED :

(1) The Motion [Doc. # 19] is DENIED; and

(2) The settlement conference set for January 10, 2011, at 10:00 a.m., is VACATED, and will be reset at the request of the parties.

Dated January 4, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge