IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01414-LTB-BNB

JORDAN CAPPETTA, and
ERIC CAPPETTA,

Plaintiffs,

v.

VAIL SUMMIT RESORTS, INC., d/b/a KEYSTONE SKI RESORT, and
JOHN DOES 1 AND 2,

Defendants.

_____

**ORDER**
_____

This matter arises on **Plaintiffs' Unopposed Motion for Order Allowing Videotaped Trial Preservation Deposition of James Brooks, M.D.** [Doc. # 30, filed 2/23/2011] (the "Motion"). Good cause having been shown:

IT IS ORDERED that the Motion [Doc. # 30] is GRANTED. The parties are granted leave to take a videotaped trial preservation deposition of Dr. James Brooks, M.D., after the close of discovery but not less than 30 days before the first day of trial

Dated February 24, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge