IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01414-LTB-BNB

JORDAN CAPPETTA, and
ERIC CAPPETTA,

Plaintiffs,

v.

VAIL SUMMIT RESORTS, INC., d/b/a KEYSTONE SKI RESORT, and
JOHN DOES 1 AND 2,

Defendants.
_____

**ORDER**
_____

This matter arises on **Plaintiffs' Motion for Leave t File Liability Expert Reports and Conduct Limited Expert Discovery** [Doc. # 29, filed 2/23/2011] (the "Motion"). I held a hearing on the Motion this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)     The Motion [Doc. # 29] is GRANTED;

(2)     The plaintiffs may have to and including **March 30, 2011**, within which to designate an expert concerning lift stopping distance and time and to provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) with respect to that expert;

(3)     The defendants may have to and including **May 2, 2011**, within which to designate an expert in rebuttal to the plaintiffs' expert allowed by this order and to provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) with respect to that

rebuttal expert;

   (4)  The expert discovery cut-off is extended to and including **May 31, 2011**, solely to allow discovery concerning the expert and rebuttal expert permitted by this order; and

   (5)  The dispositive motion deadline is extended to and including **June 15, 2011**.

Dated March 11, 2011.

               BY THE COURT:

               s/ Boyd N. Boland
               United States Magistrate Judge