IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01414-LTB-BNB

JORDAN CAPPETTA, and
ERIC CAPPETTA,

Plaintiffs,

v.

VAIL SUMMIT RESORTS, INC., d/b/a KEYSTONE SKI RESORT, and
JOHN DOES 1 AND 2,

Defendants.

_____

**ORDER**
_____

The parties appeared this morning for a final pretrial conference.  The proposed final

pretrial order was refused for the reasons stated on the record.

IT IS ORDERED:

(1)     A supplemental final pretrial conference is set for **July 26, 2011, at 8:30 a.m.**, in

Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver,

Colorado.  A revised final pretrial order, modified as discussed on the record this morning, shall

be prepared by the parties and submitted no later than **July 19, 2011**; and

(2)     Fact discovery is reopened to and including **June 30, 2011**, solely to allow the

plaintiffs to take a telephone deposition of Andrew Duncan.  Defense counsel will assist in

contacting Mr. Duncan and making him available for the telephone deposition.

Dated May 16, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge