**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Action No.  10-cv-01414-LTB-BNB

JORDAN AND ERIC CAPPETA,

        Plaintiffs,

v.

VAIL SUMMIT RESORTS, INC., d/b/a KEYSTONE SKI RESORT,

        Defendants.

_____

**ORDER OF DISMISSAL**
_____

      THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 66 - filed October 3, 2011), and the Court being fully advised in the premises, it is therefore

      ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                        BY THE COURT:

                                          s/Lewis T. Babcock
                                        Lewis T. Babcock, Judge

DATED:   October 4, 2011